CASE# 12-15-00180-CR

IN THE COURT OF APPEALS
TWELFTH COURT OF APPEALS DISTRICT

IN RE: Donald Adkins

    Relator

Original Proceeding

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 06 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Motion for leave to file Supporting Documents to Relator's Application for Writ of Mandamus mailed/filed on or about July 6, 2015

I.

Relator, Bring's forth to this Honoable Court Supporting Documentation recently obtained to support Good Cause to grant his application of a Writ for Mandamus.

II.

Within this Relator's application for his Writ of Mandamus, Page 3, Number 11; addresses the irreparable harm being done by the Respondent(s) actions.

The supporting documentation is an Inmate Request to Official (I-60),"Providing the fact that as provided on page 3, number# 12". The holders are denying the Relator freedoms and privileges due to him.

III.

Therefore, this Relator prays this Court admits the New Document as supporting evidence to the Relator's Application for a Writ of Mandamus by leave of Court, or by any other appropriate avenue.

It is therefore prayed.

Respectfully Submitted,

Donald Adkins #1792685

In "Pro-se"

Please tell me if my Holders (Pending Charges) are keeping me from a Lower security class (Trustee status)?

Thank you.

Donald Adkins        1792685        July 28-2015

3-1-16-Bottom Ramsey #1        Medical Unassigned

Q if yes, you are not eligible for S2 due to your detainers.

McCree

Notice to the Court!

Re: In Re: Donald Adkins

Case # 12-15-00180-CR

Please take Notice that this Relator, is a Inmate attempting to obtain Emergency Medical Release because he has been given less then a year to Live from his Stage 4 Cancer and the Detainers and actions of the Respondents has been Partial cause for Denial of his Last Filed Attempted Petition to be released for Other Medical help from a Cancer Hospital.

The Relator CAN Not file his New Petition for Medical Release until the matter of this Mandamus is final.

Respectfully

Donald Adkins

Donald Adkins
#1792685
Ramsey #1
1100 FM 655
Rosharon, Texas 77583

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A COMPLETE COPY OF THE FOREGOING HAS BEEN SENT BY WAY OF U.S. MAIL TO:

1. Charles R. Mitchell
   273rd District Court
   Sabine County, Texas

2. J. Kevin Dutton
   District Att.
   Sabine County, Texas

Mailed this 3rd day of August, 2015 by way of Ramsey I - TDCJ-CID mail room.

Respectfully Submitted,

Donald Adkins # 1792685
Relator
1100 F.M. 655
Rosharon, Texas   77583